UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

IN RE YASMIN AND YAZ (DROSPIRENONE)     09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION           MDL No. 2100
_____

This Document Relates to:

SHAWN-ANN WHITNEY,

    Plaintiff,

v.                                      09-md-10191-DRH-PMF

BAYER CORPORATION, et al.,

    Defendants.

## ORDER

**HERNDON, Chief Judge:**

On November 16, 2009, Plaintiff Shawn-Ann Whitney filed a notice of voluntary dismissal without prejudice (Doc. 4). The Court **ACKNOWLEDGES** the notice of dismissal and **DISMISSES without prejudice** Whitney's cause of action. Further, the Court **CLOSES** the file in member case, 09-md-10191.

IT IS SO ORDERED:

November 18, 2009                /s/  *David R. Herndon*

                                                **Chief Judge**
                                                **United States District Court**